**Bryan L. TRAVIS, Plaintiff–Appellant,**

**v.**

**Michael MURPHY; Monroe McKay; John Porfilio; Neil Gorsuch, et al., Defendants–Appellees.**

**No. 10–1144.**

United States Court of Appeals, Tenth Circuit.

June 17, 2010.

Bryan L. Travis, Salt Lake City, UT, pro se.

Before HARTZ, ANDERSON, and TYMKOVICH, Circuit Judges.

## ORDER AND JUDGMENT*

HARRIS L. HARTZ, Circuit Judge.

Bryan L. Travis appeals the dismissal of his claims against four members of this Court based on their rulings against him. As explained by the district court, the defendants are immune from such liability. *See, e.g., Mireles v. Waco,* 502 U.S. 9, 11–12, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991). We AFFIRM the judgment below and DENY Mr. Travis's motion for leave to proceed *in forma pauperis.*

---

* After examining the brief and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.